IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
APR 2 3 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MESKA ANN WHITEMAN,<br><br>Defendant. | CR 19-23-BLG-SPW<br><br>ORDER |

Before the Court is the United States' Motion to Quash Writ of Habeas Corpus directing the Warden of Montana State Women's Prison, and Rod Ostermiller, United States Marshal for the District of Montana, to bring Meska Ann Whiteman before the Court on April 23, 2019, to attend her arraignment. (Doc. 12) Whiteman was arraigned today, April 22, 2019. Therefore,

IT IS ORDERED that the United States' motion (Doc. 12) is DENIED as moot.

DATED the 22nd day of April, 2019.

SUSAN P. WATTERS
United States District Judge

1