IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MESKA ANN WHITEMAN, Defendant. | Case No. CR-19-23-BLG-SPW ORDER |

At the request of U.S. Probation,

IT IS HEREBY ORDERED that the Revocation Hearing set for Thursday, November 17, 2022 at 1:30 p.m., is **VACATED** and **RESET** for **Wednesday, October 26, 2022 at 3:30 p.m.**

The Clerk of Court is to notify counsel and the U.S. Marshal Service of the making of this Order.

DATED this 21st day of October, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE